**McGuireWoods LLP**
Sabrina A. Beldner (SBN 221918)
Email: sbeldner@mcguirewoods.com
Andrew W. Russell (SBN 280669)
Email: arussell@mcguirewoods.com
David Szwarcsztejn (SBN 272371)
Email: dszwarcsztejn@mcguirewoods.com
Sarah Y. Oh (SBN 322164)
Email: soh@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendant
TRIPLE CANOPY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA BUCKNER, BEN DOCENA, CARLOS COLLIER, BENJAMIN WOODS, and GENE SUNSHINE, individually and on behalf of all similarly situated individuals and aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>TRIPLE CANOPY, INC. and DOES 1 to 10,<br><br>Defendants. | CASE NO. 3:23-cv-00913-TLT<br><br>[PROPOSED] ORDER GRANTING STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

176324890.3

1

[PROPOSED] ORDER GRANTING STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**[PROPOSED] ORDER**

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiffs TANISHA BUCKNER, BEN DOCENA, CARLOS COLLIER, BENJAMIN WOODS, and GENE SUNSHINE ("Plaintiffs") and Defendant TRIPLE CANOPY, INC. ("Defendant") (collectively, the "Parties").  The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Plaintiffs' individual claims, and without prejudice as to all other claims asserted on a putative class action basis and/or on behalf of absent putative class members, shall be and hereby is GRANTED.  The case is hereby dismissed accordingly, with each Party to bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 8/29/2023

HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

176324890.3

2

[PROPOSED] ORDER GRANTING STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)